AO 442 (Rev. 12/85) Warrant for Arrest

# United States District Court

FOR THE _____ DISTRICT OF ___PUERTO RICO___

UNITED STATES OF AMERICA

v.

WALTER MANGUAL SANTIAGO

**SEALED**
**WARRANT FOR ARREST**

CASE NUMBER: 03-361 (JAF)

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __WALTER MANGUAL SANTIAGO__
Name

and bring him forthwith to the nearest magistrate to answer a(n)

_X_ Indictment  ___ Information  ___ Complaint  ___ Order of court  ___ Violation Notice  ___ Probation Violation Petition

charging him with conspiracy with intent to distribute and possession with intent to distribute multi-kilograms of cocaine and heroin.

in violation of Title _21_ United States Code, Sections _841(a)(1) and 846_

JESUS CASTELLANOS
Name of Issuing Officer

SARAH V. RAMON, DEPUTY CLERK
Signature of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

DECEMBER 16, 2003
HATO REY, PUERTO RICO
Date and Location

Bail fixed at $ __UPON ARREST__ by _____
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at ORLANDO, FL. | | |
| Date Received | Name and Title of Arresting Officer | Signature of Arresting Officer |
| Date of Arrest 2-28-06 | Angel Pabon TFA | By: [signature] |

AO 442 (Rev. 12/85) Warrant for Arrest